Daniel L. Bonnett, SBA # 014127
**MARTIN & BONNETT, P.L.L.C**
1850 N. Central Avenue, Suite 2010
Phoenix, AZ 85004
Telephone: (602) 240-6900
dbonnett@martinbonnett.com

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WENDELL RUSSELL, MICHAEL OELKE, RICKY ROWLAND and RANDY MCGRATH, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SWICK MINING SERVICES (USA), INC. a Nevada corporation, and ABC ENTITIES 1-20, JOHN AND JANE DOES 1-20.<br><br>Defendants. | CASE NO.: CV17-00924-JAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given by Plaintiffs that the named Defendant has not been served and that no answer or responsive pleadings has been filed in this matter.  Accordingly, Plaintiffs hereby give notice that they hereby voluntarily dismiss this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

Dated this 1st day of May, 2017.

**MARTIN & BONNETT, P.L.L.C.**

By: s/Daniel L. Bonnett
Daniel L. Bonnett
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004
(602) 240-6900
*Attorney for Plaintiffs*